NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――――――

**SHIELDMARK, INC.,**
*Plaintiff-Appellant,*

v.

**INSITE SOLUTIONS, LLC,**
*Defendant-Appellee.*

―――――――――――――――――

2014-1175

―――――――――――――――――

Appeal from the United States District Court for the Northern District of Ohio in No. 1:12-cv-00223-DCN, Judge Donald C. Nugent.

-------------------------------------------------------------------

**SHIELDMARK, INC.,**
*Plaintiff-Appellant,*

v.

**INSITE SOLUTIONS, LLC,**
*Defendant-Appellee.*

―――――――――――――――――

2014-1177

―――――――――――――――――

2         SHIELDMARK, INC. v. INSITE SOLUTIONS, LLC

Appeal from the United States District Court for the Northern District of Ohio in No. 1:13-cv-00572-DCN, Judge Donald C. Nugent.

———————

# O R D E R

The above-captioned appeals are related.

Accordingly,

IT IS ORDERED THAT:

Appeal Nos. 2014-1175 and 2014-1177 shall be considered companion cases and assigned to the same merits panel for oral argument.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30