NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SHIELDMARK, INC.,**
*Plaintiff-Appellant,*

v.

**INSITE SOLUTIONS, LLC,**
*Defendant-Appellee.*

2014-1175, -1177

Appeals from the United States District Court for the Northern District of Ohio in No. 1:12-cv-00223-DCN and No. 1:13-cv-00572-DCN, Judge Donald C. Nugent.

**ON MOTION**

**O R D E R**

Shieldmark, Inc. moves without opposition to consolidate Appeal Nos. 2014-1175 and 2014-1177.

Upon consideration thereof,

IT IS ORDERED THAT:

2                   SHIELDMARK, INC. v. INSITE SOLUTIONS, LLC

    The motions are granted. Appeal Nos. 2014-1175 and 2014-1177 are consolidated. The revised official caption is reflected above.

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s30